## HUDSON vs. GRIEVE.

THIS suit was originally brought in the Parish Court, and before any decision made thereon, was by consent removed into this Court.

*A parish judge cannot appear in a suit brought up by consent.*

The plaintiff employed *Moreau*, the Parish Judge.

*By the Court*, MARTIN, *J. alone.* Judge Moreau cannot appear as counsel in this case. The act of 1808, chap. 30, sect. 8, prohibits a Parish Judge to appear " in any case of appeal from a decision had before him." But the French part goes further : it forbids him *de s'y présenter pour les affaires qui auraient été déjà portées à leur tribunal*—to appear in any affair which may have been brought in their respective Courts.

IN this territory the laws are passed in both

the French and English languages, and the signatures of the President and Speaker, as well as the approbation of the Governor, are put to a bill drawn in each language. There are therefore two originals of the same strength and validity, neither can control the other—they must be taken as two laws on the same subject, and construed together. The Parish Judge being excluded by the French part, is as well excluded as if he had been so in both originals.